IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK MILNER, *et al.*,

    Plaintiffs,

vs.                                                Civ. No. 17-254 KG/LF
                                                        Consolidated with
                                                        Civ. No. 17-255 KG/LF;
                                                        Civ. No. 17-256 KG/LF; and
                                                        Civ. No. 17-257 KG/LF

VINCENT MARES, Executive Director,
New Mexico Racing Commission;
DAVID KEITER, Steward,
New Mexico Racing Commission,

    Defendants.

## ORDER SETTING HEARING AND TO SHOW CAUSE

THIS MATTER is before the Court on Defendants 29-page *Motion to Dismiss for Failure to State a Claim*, filed March 2, 2017. (Doc. 6). Plaintiff Mark Milner filed a response on April 30, 2017. (Doc. 15). On May 15, 2017, Defendants filed a 15-page *Reply to Plaintiff's Response to Defendants' Motion to Dismiss for Failure to State a Claim*. (Doc. 16). Both of Defendants' pleadings exceed the page limits set forth in Local Rule 7.5 (length of a motion…must not exceed twenty-seven (27) double-spaced pages…. A reply brief must not exceed twelve (12) double-spaced pages.).

IT IS ORDERED that counsel appear in person at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico, on October 12, 2017, at 10:00 AM to argue the merits of the *Motion to Dismiss for Failure to State a Claim*. Defendants' attorneys must also explain why the Court should not strike the excess pages of their pleadings for

violating Local Rule 7.5.

_____
UNITED STATES DISTRICT JUDGE