IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK MILNER, *et al.*,

    Plaintiffs,

vs.                                                    Civ. No. 17-254 KG/LF
                                                         Consolidated with
                                                         Civ. No. 17-255 KG/LF
                                                         Civ. No. 17-256 KG/LF
                                                         Civ. No. 17-257 KG/LF

VINCENT MARES, Executive Director,
New Mexico Racing Commission;
DAVID KEITER, Steward,
New Mexico Racing Commission,

    Defendants.

## FINAL ORDER OF DISMISSAL

Having granted the Motion to Dismiss (Doc. 6) by entering a Memorandum Opinion and Order contemporaneously with this Final Order of Dismissal,

IT IS ORDERED that this lawsuit is dismissed, in its entirety, without prejudice.

_____
UNITED STATES DISTRICT JUDGE